

WENDY R STEIN
Associate

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2049 Fax: (212) 554-9647
wstein@gibbonslaw.com

May 26, 2010

**VIA HAND DELIVERY**





Honorable Ronald L. Ellis
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

### Re: *Societe Parisienne De Parfums et Cosmetiques v. Perfume Ctr of Am. Inc. et. al.*, Civ. Action No. 10 CIV 2952 RMB-RLE (S.D.N.Y.)

Dear Judge Ellis:

We represent the plaintiff in this matter, but write on behalf of both parties to request an adjournment of the May 27, 2010 Pretrial Conference with Your Honor. We provide the information required by Section 1.E of Your Honor's Individual Practices below:

(1) The date of the scheduled conference is May 27, 2010;

(2) There has been one previous request for an adjournment due to a business trip previously scheduled by Defendants' counsel;

(3) The previous request for an adjournment was granted.

(4) Both parties consent to a second adjournment of the Pretrial Conference until Thursday June 17 at 10 a.m. The reason for the requested adjournment is that the parties have exchanged drafts of a settlement agreement and appear to be close to settlement.

Accordingly, we respectfully request Your Honor's permission to adjourn the May 27th conference until Thursday June 17, 2010.

Very truly yours,

Wendy R. Stein

Wendy R. Stein

cc:    Elizabeth T. Milesnick, Esq.
       Robert S. Weisbein, Esq.
       Kadie M. Jelenchick, Esq.

Conference adjourned.
A settlement conference
is set for 7-13-10 at
11:00 am.

**SO ORDERED**
5-27-10

**MAGISTRATE JUDGE RONALD L. ELLIS**